UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHALAAN
TRABOULSI,

    Plaintiff,

v.

STATE OF MICHIGAN, *et al.,*

    Defendants.

_____/

Case No. 25-11885

Hon. F. Kay Behm

## **ORDER OF DISMISSAL**

The court granted Plaintiff's application to proceed *in forma pauperis* and ordered Plaintiff to show cause why this case should not be dismissed. ECF No. 7. The court was unable to review the sufficiency of the complaint pursuant to 28 U.S.C. § 1915(e) because the complaint referred to an attachment that had not been filed. Plaintiff responded to the order to show cause on July 14, 2025, providing a statement of his claim. ECF No. 8.

Once a court grants a plaintiff permission to proceed *in forma pauperis*, it must review the complaint pursuant to 28 U.S.C. § 1915(e). The court "shall dismiss" the case if the court finds that it is "(i) frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii)

seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). In addition, "a district court may, at any time, dismiss *sua sponte* a complaint for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).

Plaintiff's allegations fail to state a claim upon which relief may be granted and fall into the "totally implausible" category. He claims, for example, that the government is surveilling him using "Synthetic Telepathy," where his "thoughts are being illegally monitored and decoded." ECF No. 8 at PageID.16. According to Plaintiff, Synthetic Telepathy "includes many methods of psychotronic torture, like Voice 2 Skull, mind manipulation, dream manipulation, . . . and by having my subconscious, memories, emotions, all my personal life, social security, accounts, medical records, phone, texts, calls, bank accounts, cookies and all search history off my phone, dmv, tax, credit bureau records uploaded to a Super computer AI which violates my privacy, civil and constitutional rights." *Id.* at PageID.19. Plaintiff's statement continues in a similar fashion, failing to state a legal claim that is plausible on its face. *See* Fed. R. Civ. P. 8, 12(b)(6).

Accordingly, it is **ORDERED** that Plaintiff's complaint is **DISMISSED.**

**SO ORDERED.**

Dated: July 30, 2025        <u>s/F. Kay Behm</u>
                            F. Kay Behm
                            United States District Judge