UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHALAAN
TRABOULSI,

    Plaintiff,

v.

STATE OF MICHIGAN, *et al.,*

    Defendants.
_____/

Case No. 25-11885

Hon. F. Kay Behm

## **JUDGMENT**

In accordance with the Order issued on this date, the complaint is **DISMISSED**.

    **SO ORDERED**.

Date: July 30, 2025

    s/F. Kay Behm
    F. Kay Behm
    United States District Judge